FILED: September 24, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1613
(A201-262-305)
(A201-262-306)

_____

ABDALKARIM S. M. QANDEEL; MAISAA MOHD AMEEN KAME ALHINDI

       Petitioners

v.

ERIC H. HOLDER, JR.

       Respondent

_____

O R D E R

_____

Upon consideration of the submissions relative to the motion to hold this case in abeyance pending the decision of the motion to reopen administrative proceedings from the Board of Immigration Appeals, the court grants the motion. The parties are directed to notify this court in writing promptly upon issuance of the decision.

For the Court

/s/ Patricia S. Connor, Clerk